**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
JOSE ANTONIO LIRA CAMARA, *individually and*
*on behalf of others similarly situated,*

                              *Plaintiffs*,

                 -against-

NITIN & PARDEEP CORPORATION (D/B/A KING
OF INDIA), KIRAN KUMARI (A.K.A
MOHAMMED), and SANTOSH KUMARI,

                              *Defendants.*
--------------------------------------------------------X

**20-cv-5390**

**JOSE ANTONIO LIRA CAMARA'S RESPONSE TO DEFENDANTS' COUNTERCLAIMS**

        Plaintiff and counterclaim-defendant Jose Antonio Lira Camara ("Plaintiff"), by and through his attorneys Michael Faillace & Associates, P.C., answer the Counterclaims of Defendants Nitin & Pardeep Corporation (D/B/A King Of India), Kiran Kumari (A.K.A Mohammed), and Santosh Kumari, as follows:

## AS AND FOR DEFENDANTS FIRST
## AFFIRMATIVE DEFENSE

        1.       Plaintiff denies knowledge sufficient to admit or deny the allegations set forth in Paragraph 37 of the Counterclaims.

        2.       Plaintiff denies knowledge of any other person's state of mind and denies all other allegations set forth in Paragraph 38 of the Counterclaims.

        3.       Plaintiff denies knowledge of any other person's state of mind, denies all other allegations set forth in Paragraph 39 of the Counterclaims, and further denies that the Defendants are entitled to relief as described therein or any relief at all.

## AFFIRMATIVE DEFENSES TO COUNTERCLAIMS

### FIRST AFFIRMATIVE DEFENSE

Defendants' claims, in whole or in part, fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction over the Counterclaims.

### THIRD AFFIRMATIVE DEFENSE

Defendants' claims are barred due to the doctrine of unclean hands, laches, estoppel, acquiescence and/or excuse.

### FOURTH AFFIRMATIVE DEFENSE

Defendants' claims are brought in bad faith, as retaliation for the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

Defendants' claims are barred because Plaintiff acted at all relevant times in good faith.

### SIXTH AFFIRMATIVE DEFENSE

Defendants have not suffered any damages by the conducts alleged in the Counterclaims.

### SEVENTH AFFIRMATIVE DEFENSE

Defendants' claims are barred due to their own wrongdoing and unlawful conduct.

### RESERVATION OF RIGHTS

Plaintiff gives notice that he intends to rely on any additional affirmative defenses that become available or apparent during discovery and thus reserves the right to amend this Answer to assert such additional defenses.

WHEREFORE, Plaintiff requests judgment dismissing the Counterclaims in their entirety, with prejudice, together with costs, disbursements, attorneys' fees, and such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         March 25, 2021

                                                 /s/
                                        Michael Faillace, Esq.
                                        MICHAEL FAILLACE & ASSOCIATES, P.C.
                                        60 E. 42nd Street, Suite 4510
                                        New York, NY 10165
                                        (212) 317-1200
                                        *Attorneys for Plaintiffs/Counter-Defendants*