**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
JOSE ANTONIO LIRA CAMARA, individually
and on behalf of others similarly situated,

Plaintiff,

-against-

NITIN & PARDEEP CORPORATION (D/B/A
KING OF INDIA), KIRAN KUMARI (A.K.A.
MOHAMMED), and SANTOSH KUMARI,

Defendants.
--------------------------------------------------------X

Index No.: 1:20-cv-05390

**AFFIRMATION OF CATALINA SOJO IN SUPPORT OF ATTORNEY MICHAEL FAILLACE'S MOTION TO WITHDRAW**

Catalina Sojo, Esq. the managing partner of CSM Legal P.C. and an attorney duly admitted to practice in New York and in this Court, affirms on penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

I represent the Plaintiff in this lawsuit for unpaid wages, unpaid overtime wages, liquidated damages, and attorneys' fees under the FLSA and New York Labor Law and regulations. I submit this affirmation in support of attorney Michael Faillace's Motion to Withdraw. Pursuant to Local Civil Rule 1.4, I affirm that Plaintiff has been informed that: (1) the firm has been renamed CSM Legal P.C.; (2) CSM Legal P.C. will continue to represent him; and (3) Mr. Faillace has withdrawn from the firm and is withdrawing from this case.

WHEREFORE, undersigned counsel respectfully requests that this Court permit Michael Faillace to withdraw as counsel for the Plaintiff(s) in this matter.

Dated: New York, New York
        November 22, 2021

Respectfully Submitted,

_____/s/_____
Catalina Sojo, Esq.
CSM Legal, P.C.