**ARTHUR H. FORMAN**
*Attorney at Law*
98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

February 2, 2022

Hon Sanket J. Bulsara
U.S. Magistrate Judge
U.S. District Court
225 Cadman Plaza East
Brooklyn, NY  11201

         Re: Lira Camara v. Nitin & Pardeep Corporation, et al.
            Case No. 20-cv-05390 (LDH) (SJB)

Dear Judge Bulsara:

  This office represents defendants in the above referenced FLSA action.  By order dated January 20, 2022, the time for the parties to file a joint status report as to whether they wish to be referred back to mediation or proceed with dispositive motion practice was extended to February 2, 2022.

  I write jointly with Bryan D. Robinson, an associate with CSM Legal, P.C., attorneys for plaintiff, to advise the court that the parties have agreed to settle the action by Rule 68 offer of judgment, and respectfully request thirty days to file the offer and acceptance.

  Thank you for your consideration of this request.

              Very tuly yours,

              _____S/_____
              Arthur H. Forman

:AHF